IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | INDICTMENT NO. CR408-367 |
| | ) | |
| STEVEN GRANT | ) | |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses, without prejudice, the indictment pending herein against defendant Steven Grant, said dismissal being in the interests of justice. The defendant entered a plea of guilty to charges pending in the Superior Court of Chatham County. These state charges included the majority of the essential elements of the pending federal charges and arose out of the same conduct for which defendant was indicted herein.

*s/ Edmund A. Booth, Jr.*
Edmund A. Booth, Jr.
United States Attorney
Georgia Bar No: 06800

*s/ James D. Durham*
James D. Durham
Assistant United States Attorney
Georgia Bar No: 235515

*s/ Frederick W. Kramer, III*
Frederick W. Kramer, III
Assistant United States Attorney
Georgia Bar No. 426624

Leave of court is Granted for the filing of the foregoing dismissal of Indictment No. CR408-367 against defendant Steven Grant without prejudice.

So Ordered this __13__ day of January, 2009.

B. AVANT EDENFIELD
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA